**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L. TIM WAGNER, LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY, IN LIQUIDATION,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1418C** |
| | ) | **Judge Miller** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**THIRD JOINT MOTION TO FURTHER EXTEND BRIEFING DEADLINES BY AN ADDITIONAL SIXTY (60) DAYS**

The Plaintiff, L. Tim Wagner, Liquidator of Amwest Surety Insurance Company in Liquidation ("Liquidator") and the Defendant, the United States of America ("Government"), hereby jointly move this Court for an Order extending by an additional sixty (60) days the briefing schedule issued in this Court's August 22, 2006 Order. In support of this Motion, the parties state as follows:

1. On June 21, 2006, this Court issued an Opinion and Order in which it granted in part the Government's motion to dismiss the Liquidator's claims. The Court deferred ruling on the remaining motions before it such that additional briefing could be done on four specific issues that the Court enumerated.

2. On July 13, 2006, the parties filed a joint motion requesting the Court to extend the briefing deadline by sixty (60) days. The Court granted the motion on July 17.

3. On August 18, 2006, the parties again filed a joint motion requesting the Court to

extend the briefing deadline by sixty (60) days. The Court granted this motion on August 22.

4. Currently, the Plaintiff's supplemental pleading is due by November 6, the Defendant's response is due by November 20, and the Plaintiff's reply is due on November 27 (the day after Thanksgiving weekend).

5. Prior to and since entry of the Court's August 22 Order, the parties have continued negotiating in good faith and have made solid progress toward settlement of all existing claims and disputes between them. Despite their progress, the parties believe it unlikely that all matters can be fully resolved by November 6. Accordingly, they request this extension to enable them to focus on resolving all outstanding issues (some of which are not currently before this Court). The parties believe this action is in the best interests of both the estate and the Government because it conserves resources that might otherwise be expended in briefing the issues. Moreover, the parties are optimistic that a global settlement can be reached within an additional sixty (60) day extension.

6. The parties do not anticipate requesting any additional extensions.

WHEREFORE, the parties request that this Court enter an order extending by sixty (60) days the deadlines imposed in the Court's Order of August 22, 2006.

Dated: October 31, 2006

Respectfully submitted,

Blackwell Sanders Peper Martin LLP

/s/ (with permission) Michael D. Fielding
Douglas J. Schmidt
Michael D. Fielding
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Ph. (816) 983-8000
Fx. (816) 983-8080
*Attorneys for Plaintiff*

Peter D. Keisler
Assistant Attorney General

J. Christopher Kohn
Director

/s/ (with permission) John W. Showalter
John W. Showalter
Assistant Director

/s/ E. Kathleen Shahan
E. Kathleen Shahan
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Ph. (202) 307-0249
Fx. (202) 307-0494
*Attorneys for Defendant*