**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L. TIM WAGNER, LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY, IN LIQUIDATION,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1418C** |
| | ) | **Judge Miller** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF CHANGE OF ATTORNEY ADDRESS**

COMES NOW, the Plaintiff, L. Tim Wagner, Liquidator of Amwest Surety Insurance Company in Liquidation ("Liquidator"), and submits this Notice of Change of Attorney Address. Below are the old and new addresses for Plaintiff's counsel, Blackwell Sanders Peper Martin, LLP, and Plaintiff requests the Court update its mailing matrix to reflect the new address.

| **Old Address** | **New Address** |
|---|---|
| Blackwell Sanders Peper Martin, LLP | Blackwell Sanders Peper Martin, LLP |
| 2300 Main St., Ste. 1100 | 4801 Main St., Ste. 1000 |
| P.O. Box 419777 | Kansas City, MO 64112 |
| Kansas City, MO 64108-6777 | |
| | |

Dated: March 8, 2007.

Respectfully submitted,

BLACKWELL SANDERS PEPER
MARTIN LLP

/s/ Michael D. Fielding

Douglas J. Schmidt
Michael D. Fielding
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Ph. (816) 983-8000
Fx. (816) 983-8080
*Attorneys for Plaintiff*