# In the United States Court of Federal Claims

| | | |
|---|---|---|
| L. TIM WAGNER, LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY, IN LIQUIDATION, Plaintiff, | ) | No. 03-1418 C |
| v. | ) | Filed July 31, 2007 |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**ORDER**

On July 30, 2007, the parties filed their sixth joint motion to extend briefing deadlines ("Joint Motion," docket entry 67). In the Joint Motion, the parties state that they have been negotiating in good faith and have made progress toward settlement of all claims. They state, however, that some matters will remain unresolved on August 3, 2007, the date plaintiff's supplemental pleading is currently due. According to the parties, the primary unresolved "fact issue" relates to claims held by Amwest Liquidator ("Amwest") against the United States Small Business Association ("SBA") and claims held by the SBA against Amwest. The parties request that the Court extend the briefing schedule laid out in its March 27, 2007 order by 120 days, and state that they are optimistic that they can reach a global settlement within the extended deadline.

In light of the forgoing, the Court grants the parties' Joint Motion and ORDERS that plaintiff file and serve its supplemental pleading on or before **Monday, December 3, 2007**, that defendant file and serve its response on or before **Monday, December 17, 2007**, and that plaintiff file and serve its reply on or before **Friday, December 28, 2007**. The Court FURTHER ORDERS that the parties file a joint status report on **Thursday, August 30, 2007**, and every 30 days thereafter. In the joint status report, the parties shall describe the status of their negotiations dealing with the Amwest-SBA claims and related unresolved fact issues. Furthermore, the parties shall identify all other issues, if any, on which they have not reached agreement. The

parties shall also provide the Court with a concise description of their contentions relating to the issues on which they have not reached agreement, including the bases for such contentions.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge