**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L. TIM WAGNER, LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY, IN LIQUIDATION,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1418C**<br>**Judge Miller** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of July 31, 2007, the Plaintiff, L. Tim Wagner, Liquidator of Amwest Surety Insurance Company in Liquidation ("Liquidator") and the Defendant, the United States of America ("Government"), hereby submit the following status report.

The principal matter under discussion between the Government and the Liquidator involves the Liquidator's claims against the United States Small Business Administration ("SBA"). The Liquidator and the SBA have not resolved the effect, if any, of Amwest's insolvency on the SBA's obligations, if any, to reimburse the Liquidator for claims approved by, but as yet unpaid by the Liquidator. The SBA did not include the Liquidator's reserve for unpaid claims as part of its reimbursement obligations. The Liquidator has informed the Government that this amount is material to Amwest's insolvent estate. The subject claims will be included in the Liquidator's distributions to its claimants. The matter involves both legal and factual issues. The Liquidator has provided the claim information to the SBA. Counsel for both the U.S. Department of Justice and the Liquidator are reviewing the legal issues, which involve the interpretation of state and federal law and which law applies. Given the complexities of the SBA

matter, the Liquidator and the Government are first focusing their efforts on its resolution, and will then turn their attention to the resolution of the preference action pending in this Court. The Liquidator and the Government have tentatively scheduled a face to face meeting in Washington for the second week in October to attempt to finally resolve their disputes. It is anticipated that the meeting will include representatives of the Liquidator and the Government (specifically the SBA) and their respective legal counsel.

Dated: August 29, 2007.

Respectfully submitted,

BLACKWELL SANDERS, LLP

/s/ Douglas J. Schmidt by
/s/ Michael D. Fielding
Douglas J. Schmidt
Michael D. Fielding
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Ph. (816) 983-8000
Fx. (816) 983-8080
*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

/s/ Robert E. Krischman (by permission)
ROBERT E. KRISCHMAN
Deputy Director
Robert E. Krischman, Deputy Director

/s/ E. Kathleen Shahan (by permission)
E. Kathleen Shahan
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Ph. (202) 307-0249
Fx. (202) 307-0494
*Attorneys for Defendant*