**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L. TIM WAGNER, LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY, IN LIQUIDATION,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1418C** |
| | ) | **Judge Miller** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of July 31, 2007, the Plaintiff, L. Tim Wagner, Liquidator of Amwest Surety Insurance Company in Liquidation ("Liquidator") and the Defendant, the United States of America ("Government"), hereby submit the following status report.

The status of this matter has not substantively changed since the parties' Joint Status Report which was filed on August 29, 2007. The parties do report, however, that they have scheduled a meeting in Washington, D.C. on October 10 at 10:30 a.m. with the United States Small Business Administration ("SBA") for the purpose of discussing and hopefully resolving the SBA issue.

The principal matter under discussion between the Government and the Liquidator involves the Liquidator's claims against the SBA. The Liquidator and the SBA have not resolved the effect, if any, of Amwest's insolvency on the SBA's obligations, if any, to reimburse the Liquidator for claims approved by, but as yet unpaid by the Liquidator. The SBA did not include the Liquidator's reserve for unpaid claims as part of its reimbursement obligations. The Liquidator has informed the Government that this amount is material to Amwest's insolvent

estate. The subject claims will be included in the Liquidator's distributions to its claimants. The matter involves both legal and factual issues. The Liquidator has provided the claim information to the SBA. Counsel for both the U.S. Department of Justice and the Liquidator are reviewing the legal issues, which involve the interpretation of state and federal law and which law applies. Given the complexities of the SBA matter, the Liquidator and the Government are first focusing their efforts on its resolution, and will then turn their attention to the resolution of the preference action pending in this Court.

Dated: September 19, 2007.

Respectfully submitted,

BLACKWELL SANDERS, LLP

/s/ Douglas J. Schmidt by
/s/ Michael D. Fielding
Douglas J. Schmidt
Michael D. Fielding
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Ph. (816) 983-8000
Fx. (816) 983-8080
*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

/s/ Robert E. Krischman (by permission)
ROBERT E. KRISCHMAN
Deputy Director

/s/ E. Kathleen Shahan (by permission)
E. Kathleen Shahan
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Ph. (202) 307-0249
Fx. (202) 307-0494
*Attorneys for Defendant*