**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L. TIM WAGNER, LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY, IN LIQUIDATION,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1418C** |
| | ) | **Judge Miller** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of July 31, 2007, the Plaintiff, L. Tim Wagner, Liquidator of Amwest Surety Insurance Company in Liquidation ("Liquidator") and the Defendant, the United States of America ("Government"), hereby submit the following status report.

Since their meeting in Washington on October 10, 2007, representatives of the Government and the Liquidator have continued their discussions regarding open items. The SBA commenced and is diligently pursuing completion of its audit of contingent claims. At the request of the SBA, the Liquidator provided additional material from Amwest's files to address open questions regarding these matters. A telephone conference is scheduled for November 30, 2007 to review all open questions. Counsel for the Government and the Liquidator's legal counsel are addressing open questions with respect to matters other than SBA matters and nearly all of those matters have been resolved to the satisfaction of Government's counsel.

Dated: November 30, 2007.

Respectfully submitted,

BLACKWELL SANDERS, LLP

/s/ Douglas J. Schmidt by
/s/ Michael D. Fielding
Douglas J. Schmidt
Michael D. Fielding
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Ph. (816) 983-8000
Fx. (816) 983-8080
*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

/s/ Robert E. Krischman (by permission)
ROBERT E. KRISCHMAN
Deputy Director

/s/ E. Kathleen Shahan (by permission)
E. Kathleen Shahan
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Ph. (202) 307-0249
Fx. (202) 307-0494
*Attorneys for Defendant*