**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L. TIM WAGNER, LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY, IN LIQUIDATION,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1418C** |
| | ) | **Judge Miller** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**SEVENTH JOINT MOTION TO FURTHER EXTEND**
**BRIEFING DEADLINES BY AN ADDITIONAL 120 DAYS**

The Plaintiff, Ann M. Frohman, Liquidator of Amwest Surety Insurance Company in Liquidation ("Liquidator") and the Defendant, the United States of America ("Government"), hereby jointly move this Court for an Order extending by an additional 120 days the briefing schedule issued in this Court's July 31, 2007 Order. In support of this Motion, the parties state as follows:

1. On June 21, 2006 this Court issued an Opinion and Order in which it granted in part the Government's motion to dismiss the Liquidator's claims. The Court deferred ruling on the remaining motions before it such that additional briefing could be done on four specific issues that the Court enumerated.

2. On July 13, 2006, the parties filed a joint motion requesting the Court to extend the briefing deadline by sixty (60) days. The Court granted the motion on July 17, 2006.

3. On August 18, 2006, the parties again filed a joint motion requesting the Court to extend the briefing deadline by sixty (60) days. The Court granted this motion on August 22, 2006.

4. On October 31, 2006 the parties again filed a joint motion requesting the Court to extend the briefing deadline by sixty (60) days. The Court granted this motion on November 1, 2006.

5. On January 4, 2007 the parties again filed a joint motion requesting the Court to extend the briefing deadline by ninety (90) days. The Court granted this motion on January 8, 2007.

6. On March 5, 2007 the parties again filed a joint motion requesting the Court to extend the briefing deadline by one hundred and twenty (120) days. The Court granted this motion on March 27, 2007.

7. On July 30, 2007 the parties again filed a joint motion requesting the Court to extend the briefing deadline by one hundred and twenty (120) days. The Court granted this motion on July 31, 2007.

8. The Court's July 31, 2007 Order also required the parties to file joint status reports every 30 days. The parties have complied with this Order.

9. Currently, the Plaintiff's supplemental pleading is due by December 3, 2007, the Defendant's response is due by December 17, 2007, and the Plaintiff's reply is due on December 28, 2007.

10. Prior to and since entry of the Court's July 31, 2007 Order, both parties have continued negotiating in good faith and have made substantial progress toward settlement of all existing claims and disputes between them. Despite their progress, all matters will not be resolved by December 3, 2007.

11. Currently, the primary fact issue relates to the negotiations on claims held by the Amwest Liquidator against the United States Small Business Association ("SBA") and claims

held by the SBA against the Amwest Liquidator. The SBA's claims against Amwest and Amwest's claims against the SBA make up a substantial portion of the amounts at issue. The SBA is completing its review of Amwest's files and the parties are examining their respective legal positions. Representatives of the SBA and the Liquidator had a telephone conference on November 30, 2007 addressing the remaining issues between them. Both parties are optimistic that those issues can be resolved by negotiation quickly. The parties have tentatively scheduled an additional telephone conference for the following week. Other than the SBA, the only remaining material issue between the Government and the Liquidator is the possible negotiated resolution of the instant case. The Government's counsel and the Liquidator's legal counsel intend to enter into those negotiations by year-end.

12. Accordingly, the parties are requesting this extension to enable them to fully focus their efforts on resolving all outstanding issues (some of which are not currently before this Court). The parties believe this action is in the best interests of both the estate and the Government because it conserves resources that might otherwise be expended in briefing the issues. Moreover, the parties are optimistic that a global settlement can be reached within an additional 120 day extension.

13. Counsel for both parties (including the Liquidator's lead negotiator, Robert Nefsky) are available and would be willing to discuss this requested extension with the Court if it chooses to hold a status conference.

WHEREFORE, the parties request that this Court enter an order extending by 120 days the deadlines imposed in the Court's Order of July 31, 2007.

Dated: November 30, 2007.

Respectfully submitted,

BLACKWELL SANDERS, LLP

/s/ Douglas J. Schmidt by
/s/ Michael D. Fielding
Douglas J. Schmidt
Michael D. Fielding
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Ph. (816) 983-8000
Fx. (816) 983-8080
*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

/s/ Robert E. Krischman (by permission)
ROBERT E. KRISCHMAN
Deputy Director

/s/ E. Kathleen Shahan (by permission)
E. Kathleen Shahan
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Ph. (202) 307-0249
Fx. (202) 307-0494
*Attorneys for Defendant*