**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L. TIM WAGNER, LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY, IN LIQUIDATION,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1418C** |
| | ) | **Judge Miller** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of December 3, 2007, the Plaintiff, L. Tim Wagner, Liquidator of Amwest Surety Insurance Company in Liquidation ("Liquidator") and the Defendant, the United States of America ("Government"), hereby submit the following status report.

Since their meeting in Washington on October 10, 2007, representatives of the U.S. Government and the Amwest Liquidator have continued their discussions regarding open items. The SBA has completed a preliminary evaluation of contingent claims and has forwarded its initial findings to the United States Department of Justice Attorney for further review. The Department of Justice and the Liquidator's legal counsel have begun to address these and all other open matters and expect to make significant progress prior to the next report date.

Dated: January 3, 2008.

Respectfully submitted,

BLACKWELL SANDERS, LLP

/s/ Douglas J. Schmidt by
/s/ Michael D. Fielding
Douglas J. Schmidt
Michael D. Fielding
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Ph. (816) 983-8000
Fx. (816) 983-8080
*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

/s/ Robert E. Krischman (by permission)
ROBERT E. KRISCHMAN
Deputy Director

/s/ E. Kathleen Shahan (by permission)
E. Kathleen Shahan
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Ph. (202) 307-0249
Fx. (202) 307-0494
*Attorneys for Defendant*