**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L. TIM WAGNER, LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY, IN LIQUIDATION,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1418C** |
| | ) | **Judge Miller** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS**

PLEASE TAKE NOTICE that effective **March 1, 2008**, the firm name and email addresses for the undersigned attorneys has changed. The complete firm name, address, phone and facsimile numbers, and email addresses for said attorneys (both of whom have been previously admitted to this Court) as of March 1, 2008 is:


Douglas J. Schmidt Missouri No. 34266
Michael D. Fielding Missouri No. 53124
Douglas.Schmidt@huschblackwell.com
Michael.Fielding@huschblackwell.com
HUSCH BLACKWELL SANDERS LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8000 – main telephone
(816) 983-8080 – general facsimile


Dated: March 18, 2008

Respectfully submitted,

**HUSCH BLACKWELL SANDERS LLP**

/s/ Michael D. Fielding
Douglas J. Schmidt Missouri No. 34266
Michael D. Fielding Missouri No. 53124
Douglas.Schmidt@huschblackwell.com
Michael.Fielding@huschblackwell.com
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8000 – telephone
(816) 983-8080 – facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I herby certify that on this 18th day of March, 2008, a copy of the foregoing was served by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Michael D. Fielding
Attorney