**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L. TIM WAGNER, LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY, IN LIQUIDATION,[1]** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1418C** |
| | ) | **Judge Miller** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**EIGHTH JOINT MOTION TO FURTHER EXTEND**
**BRIEFING DEADLINES BY AN ADDITIONAL 90 DAYS**

The Plaintiff, L. Tim Wagner, Liquidator of Amwest Surety Insurance Company in Liquidation ("Liquidator") and the Defendant, the United States of America ("Government"), hereby jointly move this Court for an Order extending by an additional 90 days the briefing schedule issued in this Court's December 3, 2007 Order. In support of this Motion, the parties state as follows:

1. On June 21, 2006 this Court issued an Opinion and Order in which it granted in part the Government's motion to dismiss the Liquidator's claims. The Court deferred ruling on the remaining motions before it so that additional briefing could be done on four specific issues that the Court enumerated.

2. On July 13, 2006, the parties filed a joint motion requesting the Court to extend the briefing deadline by sixty (60) days. The Court granted the motion on July 17, 2006.

[1] L. Tim Wagner died on October 9, 2007. Ann M. Frohman is Mr. Wagner's successor as the Nebraska Insurance Director which means, by operation of law, she has become the Liquidator of Amest Surety Insurance Company.

3. On August 18, 2006, the parties again filed a joint motion requesting the Court to extend the briefing deadline by sixty (60) days. The Court granted this motion on August 22, 2006.

4. On October 31, 2006 the parties again filed a joint motion requesting the Court to extend the briefing deadline by sixty (60) days. The Court granted this motion on November 1, 2006.

5. On January 4, 2007 the parties again filed a joint motion requesting the Court to extend the briefing deadline by ninety (90) days. The Court granted this motion on January 8, 2007.

6. On March 5, 2007 the parties again filed a joint motion requesting the Court to extend the briefing deadline by one hundred and twenty (120). The Court granted this motion on March 27, 2007.

7. On July 30, 2007 the parties again filed a joint motion requesting the Court to extend the briefing deadline by one hundred and twenty (120). The Court granted this motion on July 31, 2007.

8. The Court's July 31, 2007 Order also required the parties to file joint status reports every 30 days. The parties complied with that Order.

9. On November 30, 2007 the parties again filed a joint motion requesting this Court to extend the briefing deadline by 120 days. The Court granted this motion on December 3, 2007.

10. The Court's December 3, 2007 Order further required the parties to file a status report every 30 days thereafter. The parties have complied with this Order.

11. Currently, the Plaintiff's supplemental pleading is due by April 1, 2008, the Defendant's response is due by April 14, 2008, and the Plaintiff's reply is due on April 28, 2008.

12. Prior to and since entry of the Court's December 3, 2007 Order, both parties have continued negotiating in good faith and have made substantial progress toward settlement of all existing claims and disputes between them. Despite their progress, all matters will not be resolved by April 1, 2008.

13. A comprehensive settlement with the U.S. Government on virtually all matters except tax matters has been the ongoing objective of the Amwest Liquidator and the U.S. Government. The Liquidator and the U.S. Government have addressed each and every matter between them, including claims by and against various federal agencies and Amwest, as well as this litigation. The Liquidator has made a good faith offer to settle all such matters, specifically including this litigation. The U.S. Government is considering the Liquidator's offer, and has indicated that it believes that all matters between the U.S. Government and the Amwest Liquidator will be resolved and completed within the next 90 days.

14. Counsel for both parties (including the Liquidator's lead negotiator, Robert Nefsky) would be willing to discuss this requested extension with the Court if it chooses to hold a status conference. However, lead counsel for the Government, Ms. Kathie Shahan, and her immediate supervisor will be out of the office and unavailable on the week of March 24.

WHEREFORE, the parties request that this Court enter an order extending by 90 days the deadlines imposed in the Court's Order of December 3, 2007.

Dated: March 20, 2008.

Respectfully submitted,

HUSCH BLACKWELL SANDERS, LLP

/s/ Douglas J. Schmidt by
/s/ Michael D. Fielding
Douglas J. Schmidt
Michael D. Fielding
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Ph. (816) 983-8000
Fx. (816) 983-8080
douglas.schmidt@huschblackwell.com
michael.fielding@huschblackwell.com

*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

/s/ Robert E. Krischman (by permission)
ROBERT E. KRISCHMAN
Deputy Director

/s/ E. Kathleen Shahan (by permission)
E. Kathleen Shahan
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Ph. (202) 307-0249
Fx. (202) 307-0494

*Attorneys for Defendant*