# In the United States Court of Federal Claims

| | |
|---|---|
| L. TIM WAGNER, LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY, IN LIQUIDATION, | No. 03-1418 C |
| Plaintiff, | |
| v. | Filed June 26, 2008 |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**ORDER**

On June 25, 2008, the parties filed their ninth joint motion to extend briefing deadlines ("Joint Motion," docket entry 81). In the Joint Motion, the parties state that they have been negotiating in good faith and have reached a settlement of all claims in principle. They state, however, that gaining the remaining government approvals of the settlement agreement and implementing the settlement agreement will still take some time. Accordingly, the parties request that the Court extend the briefing schedule laid out in its March 21, 2008 order by 60 days.

In light of the forgoing, the Court grants the parties' Joint Motion and **ORDERS** that, if the case has not been dismissed in the interim, plaintiff file and serve its supplemental pleading on or before **Friday, August 29, 2008**; that defendant file and serve its response on or before **Friday, September 12, 2008**; and that plaintiff file and serve its reply on or before **Friday, September 26, 2008**. The Court **FURTHER ORDERS** that the parties file a joint status report on **Thursday, July 31, 2008**, and every 30 days thereafter. In the joint status report, the parties shall describe the status of their negotiations, approvals, and implementation relating to settlement of this litigation.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge