**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **L. TIM WAGNER, LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY, IN LIQUIDATION,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1418C** |
| | ) | **Judge Miller** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE**

The Plaintiff, Ann M. Frohman,[1] successor to L. Tim Wagner, Liquidator of Amwest Surety Insurance Company in Liquidation ("Liquidator") and the Defendant, the United States of America ("Government") state that they have reached a resolution of all outstanding issues between them and the settlement has been approved by the Nebraska court overseeing the liquidation of Amwest Surety Insurance Company. Accordingly, the parties hereby move this Court for an Order dismissing all claims in this matter, with prejudice, with each party to bear its own costs.

[1] L. Tim Wagner died on October 9, 2007. Ann M. Frohman is Mr. Wagner's successor as the Nebraska Insurance Director which means, by operation of law, she has become the Liquidator of Amwest Surety Insurance Company.

Dated: August 8, 2008.

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

/s/ Michael D. Fielding
Douglas J. Schmidt
Michael D. Fielding
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Ph. (816) 983-8000
Fx. (816) 983-8080
*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

/s/ Robert E. Krischman (by permission)
ROBERT E. KRISCHMAN
Deputy Director

/s/ E. Kathleen Shahan (by permission)
E. Kathleen Shahan
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. (8th Floor)
Washington, D.C. 20530
Ph. (202) 307-0249
Fx. (202) 307-0494
*Attorneys for Defendant*